# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-60665
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 23, 2014

Lyle W. Cayce
Clerk

GURGIT SINGH, also known as Jurgit Singh,

Petitioner,

versus.

ERIC H. HOLDER, JR., U.S. Attorney General,

Respondent.

Petition for Review of an Order of
the Board of Immigration Appeals
No. A 200 239 148

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:*

Gurgit Singh, a native and citizen of India, petitions for review of the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-60665

decision of the Board of Immigration Appeals ("BIA") affirming the decision of an Immigration Judge ("IJ") to deny Singh's request for asylum and withholding of removal. The IJ recited numerous inconsistencies upon which he based his credibility finding, and the BIA recounted many of those inconsistencies in its decision. Singh has not shown that the totality of the circumstances underlying the credibility finding, as explained by the IJ and BIA, compels a different conclusion. *See Wang v. Holder*, 569 F.3d 531, 538 (5th Cir. 2009).

The petition is DENIED.